UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RACHAEL GOLDFARB<br><br>Plaintiff,<br>v.<br><br>ANDREW GOLDFARB,<br><br>Defendant. | C.A. No.: |

**COMPLAINT**

This action arises from Defendant Andrew Goldfarb's failure to repay substantial sums of money loaned to him by Plaintiff Rachael Goldfarb. Plaintiff advanced these funds pursuant to agreements requiring repayment. Despite his obligations to Plaintiff, Defendant has failed to repay the amounts due and owing.

**PARTIES**

1. Plaintiff Rachael Goldfarb is an individual residing at 125 Rockwood Street, Brookline, Massachusetts 02445.
2. Defendant Andrew Goldfarb is an individual presently residing at 20185 East Country Club Drive #2504, Aventura, Florida 33180. Defendant also owns real estate in Lenox, Massachusetts.

**JURISDICTION AND VENUE**

3. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiff's claims occurred in the Commonwealth of Massachusetts.

## FACTUAL ALLEGATIONS

5. Beginning in or around March 2022, Plaintiff loaned substantial sums of money to Defendant for use in connection with Defendant's business ventures.
6. The loans were made pursuant to agreements between the parties under which Defendant agreed to repay the funds advanced by Plaintiff, together with interest.
7. In connection with these transactions, Plaintiff advanced funds to Defendant totaling approximately $3,750,000.
8. Defendant agreed to repay the funds advanced by Plaintiff in accordance with the terms agreed upon by the parties, which included interest and costs.
9. Despite Plaintiff's performance of her obligations and Defendant's obligation to repay the funds advanced, Defendant has failed to repay the amounts due and owing to Plaintiff.
10. As a result, Plaintiff has suffered substantial financial damages.

## CAUSES OF ACTION

## COUNT I – BREACH OF CONTRACT

11. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 10 as if fully set forth herein.
12. Plaintiff and Defendant entered into agreements pursuant to which Plaintiff agreed to loan Defendant money and Defendant agreed to repay the funds advanced, together with interest.

13. Plaintiff performed her obligations under the agreements by advancing the funds to Defendant.

14. Defendant breached the agreements by failing to repay the amounts due and owing thereunder.

15. As a direct and proximate result of Defendant's breaches, Plaintiff has suffered significant damages in an amount to be determined at trial.

## COUNT II – UNJUST ENRICHMENT

16. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 15 as if fully set forth herein.

17. Plaintiff conferred a substantial financial benefit upon Defendant by advancing funds totaling $3,750,000.

18. Defendant knowingly accepted and retained the benefit of those funds.

19. Defendant has failed to repay the amounts due to Plaintiff for the funds advanced.

20. To the extent that the agreements between the parties are determined to be unenforceable, it would be inequitable for Defendant to retain the benefit of the funds advanced by Plaintiff without compensating her therefor.

21. Accordingly, Plaintiff is entitled to restitution in an amount to be determined at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court:

1. Enter Judgment against Defendant on each count of this Complaint, awarding damages to Plaintiff, plus interest and costs; and

2. Grant any other further relief as this Court may deem just and proper.

Respectfully submitted,
RACHAEL GOLDFARB, Plaintiff,
By her counsel,

Dated: October 21, 2026

Jeffrey P. Allen, Esq. BBO #015500
E-mail: jallen@lawson-weitzen.com
Donald Gentile, Esq. BBO #672657
E-mail: dgentile@lawson-weitzen.com
Cassidy E. Almon, Esq. BBO #710691
E-mail: calmon@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 439-4990
Facsimile: (617) 439-3987